Attachment D

# Exhibit 2

Absence  5/7/18 — 11/12/18

Disability Medical Notes for Kenneth Del Signore, 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
Printed: 02/27/19

USER-Christy Gliori DATE-12/10/18 TIME-12:07:08 T
Rcd records hold.

USER-Christy Gliori DATE-12/06/18 TIME-12:29:55 T

# Redacted

USER-Christy Gliori DATE-11/20/18 TIME-09:01:04 T
Rcd cancellation fee and sent "okay to pay" for IMX.

USER-Christy Gliori DATE-11/09/18 TIME-09:57:10 T
I will be out of office on 11/12/18 for expiration. Case closed today and
notified DM to pls send term transaction.

USER-Christy Gliori DATE-11/08/18 TIME-11:28:06 T
Rcd from pt:
Hi Christy,
    please disregard me previous email then.
    My concern with the IMX testing is that I may have to file a federal
harassment lawsuit, in which case it seems to me that the IMX testing would
amount to providing 16 hours of material that can be used against me.
    I'm trying to get a hearing with an OSHA administrative law judge and I
thought it might be useful to be on the extended disability for that, but it
probably doesn't matter.
    Anyway, thanks for your help, it was critical.
Ken

FU to close case with expiration and notify all.

USER-Christy Gliori DATE-11/07/18 TIME-13:14:17 T
Rcd:
Hi Christy,
    I saw the DLOA mentioned in a letter you sent me.   Is that option open to
me?   It is my belief that the company does not want me to return to work, but I
would still like to return if possible.   I'm pursuing an OSHA complaint that I
hope might unstick things.  So if DLOA could buy time, it might be good to
consider.
thanks
Ken

Sent:
Hi Ken,
See my original email below. I highlighted in yellow, the DLOA portion. I have
already cancelled the appointments you confirmed that you would not attend. I
have no documentation or information to support a request for a DLOA again.
Hope this answers your question.
Take care,
Christy

FU only to close case.

NOKIA_000062

Disability Medical Notes for Kenneth Del Signore, 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
Printed: 02/27/19

USER-Christy Gliori DATE-11/02/18 TIME-14:12:22 CDT
RTW assessment rcd from psych provider:
Estimated rtw: unknown
Will he be able to return to work? NO
Ongoing emotional distress
Pt is currently limited in his ability to focus on tasks related to position due
to claims of harrassment and other legal matters.
Accommodation: Not at this time.
Pt will be unable to perform tasks related to current position.
Do you expect... apply for LTD? yes
Signed 10/24/18.

Sent email to IMX to pls cancel appts since pt refuses to attend.
FU to close and have DM send term for expiration.

USER-Christy Gliori DATE-11/02/18 TIME-13:32:22 CDT
Rcd confirmation from pt via email that he will not attend appiontments. Advised
I will cancel and will close his case on 11/11/18 with exp and term will be
processed at that time too.
Have DM send DP transaction at that time.

USER-Christy Gliori DATE-11/02/18 TIME-11:21:19 CDT
Rcd from pt:
Hi Christy,
    the company is denying everything in my ethics complaint.  I will not be able
to return under the conditions that led me to taking disability.  So I don't
think any further tests are needed.
thanks
Ken

Sent:
Hi Ken,
Just to confirm; You will not attend the appointments set for you on 11/7/18 and
11/13/18?

Pending response, I will confirm and cancel appts as needed and will close case
with expiration.

USER-Christy Gliori DATE-10/31/18 TIME-09:18:51 CDT
MUST Have confirmation by Friday this week otherwise if he does not attend,
there will be a cancellation fee.

USER-Christy Gliori DATE-10/31/18 TIME-09:17:42 CDT
Rcd question from pt if the IMX testing is something all STD's are required to
do. Advised him this is on case by case basis.
Please confirm attendance.
FU PRN.

Disability Medical Notes for Kenneth Del Signore, 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
Printed: 02/27/19

USER-Christy Gliori DATE-10/30/18 TIME-14:46:56 CDT
Rcd from pt:
Hi Christy,
    Cara is taking a long time getting back to me. We met last Weds. and she was going to read the OSHA complaint and then call me on the phone to fill out the return to work form. I filled out the provider form and faxed it to her Friday and still no word. Attached is the unsigned provider form and the OSHA complaint, which I think is necessary context for any decisions regarding my matter.
    Given the information in the attachments, could we have a call to discuss this proposed testing?
    I do not think the Nokia council is going to let me back in the building and on the corporate network so I am not sure what to make of this proposed two days of testing.

thanks
Ken

Attached is the provider rtw assessment but the employee has filled in all blanks and it is unsigned. The answers also do not make sense.
Sent him the following:
Ken,
The form you attached is the one that Cara needs to fill out and complete fully on her own. She needs to answer all those questions and return the form direct to me by fax. I am attaching another copy for her. The Healthcare Provider form that was sent to you is for your Primary Care Physician as we have discussed before. You only have 12 more days of STD benefits so it is imperative that I get this back as soon as possible.
Your ability to return to work rests with the findings of your doctors and the provider I am sending you to for the two appointments. These findings will help to determine if I can release you back to work. It has nothing to do with your legal or complaint issues. We will need limitations from your providers and the IME provider if we are to consider any need for accommodation with a release. To allow you additional time to attend the IME appointments, we will place you on a Disability Leave of Absence (DLOA) unpaid, at the expiration of your STD benefits if you are going to attend.
I am also attaching the appointment information again for your reference. I have received further instruction below to assist with attending the appointments. The doctor thought this would be helpful. Please confirm you will attend. If you do not attend, your STD benefits will expire and you will be terminated from the company 11/11/18 per the STD letter sent to your home and attached here also.
Thank you much,
Christy

    "May just want to make sure Mr. Del Signore knows that the 11/7 appointment is with our technician, Alec Neale. Also, our guests find it helpful to know that our address, 65 E. Wacker Place, is not the same as E. Wacker DRIVE, which can be confusing. We are located in between Michigan and Wabash Avenues just next to Morton's Steakhouse. The other name of our street is South Water, and depending on which direction one is coming, the street sign may say South Water rather than Wacker Place. Finally, there is parking next door to us, but it is $34 for the day, whereas parking at Millennium Park Garage, just 3 blocks away, is $17 for the day."
PLAN:

Pending any documentation rcd or answer from pt.

NOKIA_000064

Disability Medical Notes for Kenneth Del Signore, 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
Printed: 02/27/19

USER-Christy Gliori DATE-10/25/18 TIME-09:54:58 CDT
Rcd from pt:
I got the info. Lets talk when you have time. I met with Cara today. She had
not read my OSHA complaint. It is about a 30 minute read. She was going to go
over that and then she and I will fill out the return to work assessment.
Ken
Sent: Okay. I thought you met with her yesterday. Do you have an appointment to
go back for filling out the form today or tomorrow?
We can talk once that is done.
Thanks much,
Rcd:
Hi,
    she was going to read the OSHA complaint and call me. I can call tomorrow and
tell her I need it quickly.
    What is this two day evaluation for? I don't recall hearing about it before.
    Did you read this complaint? It is highly relevant to my returning to work.
https://drive.google.com/open?id=1XfQnf9a5CL1o7KnulItjA2wsdyr1wxHr
thanks
Ken
Sent:
Hi again,
The appointments are the ones I have talked about From IMX that we were trying
to set up for recommendations for you. I know I have mentioned this via email as
well but it is not for a new treating provider.
This is just an outside, third party evaluation that includes some testing so we
have a better understanding of any, and all your medical and mental health
needs. At this point, we are also looking for confirmation of your ability to
return to work with, or without restrictions, since there appears to be a lot of
issues at stake for you.
I'll have to let your doctor/s tell us if the complaint you attached will have
effect on her opinion of your ability to work. The IME provider can also let us
know the same but we will wait for the Primary doctor's paperwork and for Cara's
input first.
I'll let you know once I have received and reviewed the Healthcare provider
report from your primary and the assessment from you and Cara.
Thanks,
Christy
Rcd:
Hi Christy,
    I don't recall this information. Is this testing required in order for me to
return to work?
thanks
Ken
Sent:
Hi Ken,
Yes, this is one of the requirements for return to work of course pending your
other provider input that I am waiting on as well.
I'll let you know as soon as I receive anything else.
Thanks,

FU with pt and with provider as needed. If nothing is rcd from provider, we will
move fwd on DLOA with mgmt to allow time for IME completion.

USER-Christy Gliori DATE-10/24/18 TIME-14:25:15 CDT
Asked IMX to please accept appointments so we do not lose them.
Rcd IME confirmation letters for both dates and sent these via email to pt
personal email. Asked that he confirm he has rcd and will attend the
appointments. I will send addendum to Final STD letter once this is confirmed
and also once documentation from yesterday's appointment is rcd.
Will need status of RTW assessment from provider.
TC to Dr Mulligan on 630-416-8289 and speak to Brianna. Asked if I can speak to
doctor regarding pt. Doctor is with a patient but she will give the message and

ask her to call me. I will wait for call for status of yesterdays visit and RTW assessment. Request her to fax direct to me.
FU if no response from pt or from provider.

Disability Medical Notes for Kenneth Del Signore, 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
Printed: 02/27/19

USER-Christy Gliori DATE-10/24/18 TIME-12:36:11 CDT
Another email is sent asking for confirmation he rcd this and last email.
Attached copy of final letter and also advised I need to know if he is willing and able to attend dates given so I can schedule. Need response today.
FU with IMX as needed.

USER-Christy Gliori DATE-10/24/18 TIME-09:44:42 CDT
Rcd:
I got a response from the doctor!

Here is what she said about the evaluations:
Let's have the examinee come for testing on Wednesday 11/7 with our technician, Alec Neale (9a to 5p). The interview with Dr. Sworowski will be the following Tuesday, 11/13, also at 9a. While we ask you to schedule a full 9a to 5p for the second exam day, if the examinee works at a normal pace we will only need a half day. We just like to plan for wiggle room in case someone moves slowly completing psych testing, etc.

If all of this is okay...i will schedule and send notice today!
Thank you :)

Liz Martin
Advised her I will speak to pt and let her know ASAP.
Email sent to pt to ask if he were granted short DLOA, would he attend both appointments?
Also asked for outcome of yesterday's visit. I have not heard from provider or seen assessment form.

USER-Christy Gliori DATE-10/23/18 TIME-11:23:31 CDT
TC to Kara Mulligan's office 630-416-8289 and speak to desk staff. She is with patients. Asked that they give her message for pt appointment today. Please fax form he brings, direct to me and call after appointment.
She takes all info and will give this to doctor now.
Left same message yesterday.
I will FU with pt for findings today and FU with IMX if no new appointment info.
Last known, IMX was confirming provider will do the 11/13/18 appointment without extensive records.
Will also speak to pt about appointment and expiration.

USER-Christy Gliori DATE-10/19/18 TIME-13:30:16 CDT
Jabber call from pt and he reports that he has the forms and is seeing Tara? on Tuesday. He will have her complete the form.
He also asks about pcp filling out one. Advised since he is under pcp treatment as well, I need 010 from pcp. He agrees to let me know if he cannot find the 010 for that provider and will drop to them as well.
Advised pcp does not need to send any release but at least the 010. He agrees.
Rcd from IMX:
Dr. Goldstein called me back today. Here are a few takeaways from our conversation:
The earliest date with her colleague is not until 11/13 (they do the same work)
It's a two day evaluation, interview on the first day and cognitive testing on the second Requires records to do a full evaluation (especially psych notes giving the short term disability) If this potentially could become a long term disability, she requires 5 years' worth of records

She is going to email me her CV and her cell phone number, she said that's much easier to get a hold of her.
I wanted to run all of the above by you to confirm if you would like to move

forward with Dr. Goldstein

Thank you!

Liz Martin
TC with my mgmt and discussed case. I will FU with provider to have her fax form direct to me on Tuesday. Email sent to IMX to pls keep appt time slot if able but do not schedule until I have feedback next week. Will possibly grant DLOA to have pt attend IME as needed pending findings of psych.

Disability Medical Notes for Kenneth Del Signore, 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
Printed: 02/27/19

USER-Christy Gliori DATE-10/18/18 TIME-10:41:14 CDT
Send copy of the final letter to pt once it has been sent by DM.

USER-Christy Gliori DATE-10/18/18 TIME-10:37:10 CDT
October 18, 2018
Kenneth Del Signore
1509 Patterson Ave.
N. Aurora, IL 60542

Dear Kenneth Del Signore,

It is our conclusion that all the documentation that has been received to date confirms that you will not be able to return to work prior to expiration of your Short-Term Disability (STD) Benefits on 11/11/18. All documentation received to date has confirmed that you have had no significant improvements in your health condition to allow a consideration of a return to work or an extension to Disability Leave of Absence (DLOA). Though you have mentioned in communications that you have considered return to work, we have not received any medical documentation that would indicate your ability to do so. I have also not received the medical provider input or documentation that I have requested from your Primary Care Physician or any other treating physician at this time. In your Return to Work Assessment form received on 10/17/18, and in communication, you also indicate that you are applying for Long-Term Disability (LTD). In our communications, I have confirmed that to consider any ability to return to work or consider a DLOA extension request, I must receive documentation from your provider/s regarding return with or without restriction with duration through the Return to Work Assessment Forms you have received in the recent past.

I have not heard from or received any further information from you or your providers at this time that would indicate ability to return to work or request for DLOA extension.

The accommodation you requested of "an administrative position working on the Shannon Project", has been discussed with you in the past by management and cannot be accommodated. If you have any alternate suggestion or recommendation regarding a way in which the company may be able to accommodate you for a return to work, please send this information in writing as well by using the provider and patient return to work assessment forms. This would also need to be accompanied by the documentation and release from both your treating providers.

Based on the above, you will expire your STD benefits and you will be terminated from the company 11/11/18. However, if you disagree with the medical conclusions drawn, then please have your healthcare provider/s promptly return all documentation for consideration of any changes within the next week at the fax number below.

If you have any questions regarding the above, please call me.

Sincerely,

Christy Gliori, R.N.                          Angie Nail
Disability Support Case Manager Disability & Leave
600-700 MOUNTAIN AV                           Administrator
Room # 6D-401C                   601 Data Drive
NEW PROVIDENCE, NJ 07974-0636    M/S BENF1
Tel: (224)230-5572                    PLANO, TX 75075-7839
Fax: (908) 582-3358                   Tel: (214)284-3188
Fax: (972) 477-4223

Disability Medical Notes for Kenneth Del Signore, 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
Printed: 02/27/19

USER-Christy Gliori DATE-10/18/18 TIME-10:16:06 CDT
Final letter sent to pt via email and regular mail.

USER-Christy Gliori DATE-10/17/18 TIME-12:32:45 CDT
Rcd response from pt that he rcd both forms.

USER-Christy Gliori DATE-10/17/18 TIME-10:44:27 CDT
Rcd pt RTW assessment:
Extreme mental stress due to illegal activity on the part of Nokia.
Extreme duress due to ongoing legal action
Do you expect return to wrok? After harassment lawsuit
State the limitations...:
Unable to focus on subjects not related to legal matter.
Duration of limitations? all day
Form of accommodation? Straigt line adminstrative position working on Shannon
Project.
Corp. Laptop is evidence in a federal crime- need new laptop
Will you be applying for LTD? Yes
I understand if reasonable accommodation/s are not available and I am not able
to return to work before expiration of my ALU STD benefits on 11/11/18, my
employment will be terminated and I will be removed from ALU payroll.
Signed 10/16/18.
I need updated form signature with Nokia name change.
Also need PCP provider documentation and provider rtw assessment.
Will send final Letter.
IMX continues to attempt finding appropriate IME. I will discuss possible DLOA
with team, to complete the IME prior to sending final letter.

USER-Christy Gliori DATE-10/15/18 TIME-15:38:27 CDT
No further documentation or communication is rcd to date. I will FU with my team
to discuss possible need for non cert or to just continue to work on IME needs
and send out that info and final letter as appropriate.

NOKIA_000068

Disability Medical Notes for Kenneth Del Signore, 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
Printed: 02/27/19

USER-Christy Gliori DATE-10/11/18 TIME-08:30:20 CDT
Rcd cc 10/9/18:
Hello Joe,
   Based on my understanding of the SOX laws, there are multiple corporate officers involved in this matter that could be facing prosecution. If these officers are involved in the continuing effort to restrict me from engaging in a SOX protected activity, then I would request that any further management escalation channels be pursued.
   I am in the process of filing an OSHA complaint with the intent to proceed to a Sarbanes Oxley harassment lawsuit under the provisions of Dodd Frank. I consider my request a protected activity as defined by these federal laws.
   Furthermore, by disabling my laptop after I had discovered a critical detail pertaining to this matter, Nokia is in violation of the the provisions of these laws that prohibit them from inhibiting me from engaging in a protected activity.
   As part of the OSHA complaint process, I need access to my corporate laptop to document the communications on the day that I discovered the connections to LGS.
thanks
Ken
Joe's response:
Hello Ken -

As Christy said earlier today, I do not have the ability to grant you or anyone else access to their laptops.

Regards, Joe

I sent following only to pt alone conf:
Ken,
I am sorry this is troubling for you. We need to continue under the STD plan currently. Under this, you should not access your computer, the workplace, or anything work related.
Please let me know the date you will see Dr. Mulligan and also when you will see your Primary to complete all the forms we need. I will need these dates and the information requested, so I can continue your benefits under STD.
Thanks much and take care,
Christy

USER-Christy Gliori DATE-10/10/18 TIME-09:32:07 CDT
Also rcd prior to last email:
Hi Christy,
   The long term disability representative called me and was quite helpful. I think I'm going to try and come back to work. My legal situation is that I have submitted an OSHA complaint based on my ethics complaint. Following the OSHA complaint process, which can take up to 210 days, I will be able to do a "SOX kick-out", which means I can file a federal harassment suit that can go to a jury trial.
   So, legally, my case could drag on for some time.
   I spoke at length with an OSHA investigator and it sounds like they are going to want to have an interview with you and Holly Anderson regarding the events of Aug 31st as detailed in my ethics complaint.
   I'm planning to see Cara Mulligan again next week and get you the forms.
thanks
Ken

Advised pt that he remember I also need the PCP 010 form etc. FU as needed.

NOKIA_000069

Disability Medical Notes for Kenneth Del Signore, 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
Printed: 02/27/19

USER-Christy Gliori DATE-10/10/18 TIME-09:24:32 CDT
Sent to pt:
Hi Ken,
Joe and I do not have the ability to grant any access. While on Short Term
Disability (STD), access is suspended and you may need to use a personal
computer for personal needs. STD does not allow any work related activity.
Access would not be turned on until I have released you to return to work. I
will watch for any documentation and you can communicate with me alone regarding
anything medical.
Sorry we cannot help with this,
Christy

USER-Christy Gliori DATE-10/10/18 TIME-09:19:07 CDT
IMX Elizabeth Martin is awaiting call back from Dr. Goldstein regarding IME. I
will FU as needed with IMX and with pt.

USER-Christy Gliori DATE-10/09/18 TIME-14:46:51 CDT
Rcd from pt:
Hello Joe and Christy,
   I am in the process of submitting an OSHA complaint and need access to my
corporate laptop to complete the complaint.  When it was first shut off,
following my discovery of the LGS connection to my matter, I called the help
desk and I was told that my manager had to OK turning the laptop back on,
however Dave indicates otherwise below.
   I am also completing paperwork regarding my possible return to work and need
laptop access for this.
thanks
Ken

USER-Christy Gliori DATE-10/08/18 TIME-11:14:57 CDT
TC to Dr. Grote and discussed a small portion of hx. Dr states that his
expertise is in TBI evaluation and he would recommend Dr Dianna Goldstein for my
purposes. Her number is 312-212-1776. Sent this info to IMX for FU.
FU PRN.

USER-Christy Gliori DATE-10/08/18 TIME-11:02:33 CDT
CCall scheduled with Dr Grote through IMX to discuss background to see if Dr is
able to do IME.
TC to him on 312-942-5523 and leave VM on personal system and pls call back to
discuss case. I will prepare a summary if unable to speak to him however he
wishes to speak direct to me as well. I will notify IMX if he does not reach
back to me today as planned.
FU PRN.

USER-Christy Gliori DATE-10/05/18 TIME-09:42:02 CDT
Rcd IMX info regarding providers etc. Have sent response as they continue search
for local appropriate provider for NP evaluation.
They will keep me informed. I will FU with pt as needed.
DM confirmed LTD was entered and sent.
No response from pt re my last request.

NOKIA_000070

Disability Medical Notes for Kenneth Del Signore, 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
Printed: 02/27/19

USER-Christy Gliori DATE-10/04/18 TIME-13:34:14 CDT
Rcd from pt:
Hi Christy,
    I need to give this some thought.  Right now I'm not sure what is going to happen.  That last call we had is going to be key.   I describe what I think happened that day in the link I sent.  They broke a number of laws with that call and also gave away the LGS connection, which would likely  be the first topic of subpoena in a lawsuit.
    I've reported this to the FTC, DOJ, CPFB, FCC, SEC, and OSHA.
    I've also been reaching out internally to see if there is a way I can return and build my project.  This could reduce any subsequent penalties that Nokia, LGS, and other companies could be facing.
Ken

Sent response that he must return all the documentation for STD in order to continue his DY benefit pay. Asked if he has any issue getting this done.
Also rcd cc from investigator Joe A of email to pt and his reply:
Hello Ken -

By way of introduction, I am a Senior Investigations Counsel on Nokia's Business Integrity Group.  I was assigned to conduct an investigation of the concerns you raised in September (see your attached complaint).  I am writing to inform you that we have concluded our investigation.  The evidence does not substantiate the concerns you raised.

If you have any questions or concerns, please feel free to contact me at any time.

Regards, Joe

Joe Alesia
Senior Counsel
Business Integrity Group, Nokia

Pt reply:
Hi Joe,
    thanks for getting back to me quickly.  I understand your position.    I also wasn't reaching out for any further discussion about the contents of my ethics complaint, but rather to explore potential paths moving forward.

    From my (amateur) legal understanding of the matter, there could be significant government fines stemming from this matter.  Further, from reading the case files from similar government investigations,  these fines can be significantly mitigated when the companies involved take steps to remediate the underlying issues.   So I think if the Shannon project can get un-stuck, this would significantly reduce any subsequent government fines.
thanks
Ken

USER-Christy Gliori DATE-10/02/18 TIME-16:41:31 CDT
TC from Jim Keyes and discussed case and concerns. He will follow up as needed with building security since I again rcd info that pt was in building last week.

Also rcd from DM, the LTD letter to be sent out tomorrow. Sent this via personal email, to pt with request that he pls notify me of status of all documentation requested.
Rcd IMX update that they are working on NP IME near pt.

Will consider non cert if pt does not maintain contact or send requested documentation.

NOKIA_000071

Disability Medical Notes for Kenneth Del Signore, 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
Printed: 02/27/19

USER-Christy Gliori DATE-10/02/18 TIME-12:04:53 CDT
Email from J Keyes (Security) to pls call his cell as needed.
TC to this 973 907-3953 and leave VM with contact info and pls try me again.
Also rcd VM return call from Kurt Keller. TC to him on 214-587-7611 and
discussed concerns regarding building etc.  He will FU as needed with team and
have J Keyes contact me for any further needs or details.

USER-Christy Gliori DATE-10/01/18 TIME-16:48:01 CDT
TC to KK and rcd Jim Keyes name. Email to him however he currently is offline. I
will FU in AM for discussion on any needs. FU with pt if I can reach him for
update on STD paperwork request status and may have to consider non cert.
Rcd Job Goals for description and sent for file.
Will send these to IMX as needed and also to have DM enter and send LTD.

USER-Christy Gliori DATE-10/01/18 TIME-16:18:57 CDT
Rcd note from SV that a co-worker observed this ee in the building again last
week. No idea of what his business was but he was in location. Advised I will
FU.
TC to DLA and she gave possible Security contact Ken Keller. TC to him on
469-991-4145. Leave VM with contact info on personal system to pls call if he
can assist with security.
TC to HR KK and she does not handle this case. TC to Holy A HR and she is out
today.
I will continue to FU with local safety for any alternatives/needs.
Also rcd request from Ombuds that she rcd following from pt:
Hello Tracy,
    I'm writing with an update to my situation.  I'm not sure what else to do.  I
believe I have uncovered significant anti trust violations in the telecom
industry.   The Nokia lawyers are complicit in the scheme and have actively
tried (unsuccessful) to prevent me from learning the details, including
threatening to cut off my disability benefits "if I kept sending email to people
about an ethics complaint that is closed."

    I've submitted my ethics complaint to multiple federal regulatory agencies
including OSHA for the benefits threat.  It appears to me that Nokia, LGS, and
other telecom companies could be facing significant anti trust fines stemming
from this complaint.

For myself, I see three options,
    go back to NOKIA as a help desk technician and await next RIF
    sue NOKIA and LGS for harassment and loss of career
    go back to Nokia and build the Shannon app.

I would prefer the third option and I have stated as much to the Nokia lawyers.

I don't know if there are any remaining ways you can help as the ombudsman, but
I'm otherwise out of options.   I do not think returning under the conditions
that I left would be fruitful, so it looks to me right now like I am being
forced into the second option.
thanks
Ken

PS  ironically, while on disability I took the ethics course online.  I could
annotate a counter example to almost every item discussed in that presentation.

Advised her:
Hi Tracy,
You should let Ken know that he has done what he needs to do for submission of
his complaint and he should expect a response from any new investigation at some
point.
Also, he needs to follow up with "Christy Gliori" regarding his current absence
under STD in order to remain compliant with his STD benefits. "Christy can tell

NOKIA_000072

you what you need to do so your benefits are not affected".
Let him know that he can proceed on any options he personally feels are
appropriate for himself since it is his right to make those decisions. We cannot
direct him on what he wants to do.

Note: He has not actually asked any questions but is trying to engage you in
discussion.
There is no real need for any discussion here.

# Redacted

FU as needed.

Disability Medical Notes for Kenneth Del Signore, 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
Printed: 02/27/19

USER-Christy Gliori DATE-10/01/18 TIME-14:46:11 CDT
Request for NP IME sent.

USER-Christy Gliori DATE-09/27/18 TIME-14:12:50 CDT
TC to MO to give update on status. No response from pt and no further
documentation rcd that was requested. I did rcv notice from Joe (legal)    Redacted
## Redacted
I will FU for discussion with MO and to request NP IME.

USER-Christy Gliori DATE-09/24/18 TIME-16:30:35 CDT
Sent:
Hi Ken,
I have not yet seen the forms come back from you and your provider/s.
Still looking for your Return to work Assessment, a Return Assessment from Dr.
Mulligan, and a Healthcare Provider Report from your primary physician.
Can you let me know the status of the forms so I know when to be looking for
them?
Have you heard from Dr. Mulligan's office on a next visit?
Need all the forms so we can see where we are going with Disability, Your
Short-Term Disability will be up if you are not back to work, on 11/11/18.
I will be sending you some Long-Term Disability information soon in case that
may be a need.
Looking forward to hearing from you on your progress in treatment.
Take care,
Christy

Email to MO to give update and confirm NP IME request needs.

USER-Christy Gliori DATE-09/20/18 TIME-12:41:32 CDT
TC with my mgmt and discussed current status.
Plan: Redacted                                          Redacted   I will also FU to
request NP IME at this time and continue to work with current psych provider to
obtain his current documentation and any note of PCP info. Will FU with pt as
needed.

Disability Medical Notes for Kenneth Del Signore, 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
Printed: 02/27/19

USER-Christy Gliori DATE-09/19/18 TIME-14:12:36 CDT
Rcd invite to ccall with:
Joe Alesia
Senior Counsel
Business Integrity Group, Nokia
Tel: +1.224.205.0308
joe.alesia@nokia.com
1960 Lucent Lane
Naperville, IL 60653

Rcd from pt:
Hi Christy,
   did you see the new ethics complaint?
Ken
https://drive.google.com/open?id=1uMk9RbSe83izK04NSgcyQ-saGzgmTCUiuInoM03OREI

Sent:
Hi Ken,
I saw that you sent one but I don't look at those or at the details since that
is not my department  but I'm glad you were able to do what you needed though.
I was just checking on your medical status and how treatment is going.
Let me know if you have questions about the form I sent for your pcp.
I'll be in touch again.
Take care,

Rcd:
Hi,
   you should read that link Christy.   You are in it.   It is very relevant to
the goings on.
If there is anything you want me to change let me know.
Ken

I did go onto the link but as I am reading, I can see that the ee started to
edit the document that I was reading in real time. This caused me to close
document and I will no longer access this as it is disturbing to me that he may
be able to see if I am reading it.

# Redacted

I will FU with my mgmt to udpate her and discuss what next action to take. This
should at least include possible IME, Ongoing attempt to obtain pcp info, LTD
entry and possible other communications as needed.

USER-Christy Gliori DATE-09/18/18 TIME-16:42:30 CDT
Already rcd JD and PD from SV. I will send email to DM to pls enter and send LTD
to ee and will then FU to discuss as needed. Also FU per last entry.

NOKIA_000074

Disability Medical Notes for Kenneth Del Signore, 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
Printed: 02/27/19

USER-Christy Gliori DATE-09/18/18 TIME-15:13:26 CDT
TC from Kara Mulligan MD and she reports that she has seen my letter and is
calling to discuss.
She did leave messages but I have not rcd these. She advised me that She has
only seen pt on 5/24/18, 6/28/18, and 8/23/18.
She states that he is treated with medication via his pcp however he only is
taking Zoloft. She has attempted to perscribe meds but he will not take any from
her. She confirms that he is "psychotic and delusional". His behaviour is
"bizzare" but she also does not have a baseline. I advised her of my contact
with him along through STD and the seeming escalation of his obsessive thoughts
and behavior. Advised that I cannot seem to get him to separate STD and work
issues and she confirms that this is not possible with the delusions that he
has. Discussed NP IME and she feels this is an excellent idea. I discussed his
possible reactions and she states that no one can help how he may or may not
react however it would be best to attempt the IME since he certainly cannot be
returned to work in his current state. She said that he seemed to want to go to
a different position. I advised her of what he has shared with me about being
paid to leave etc. Also that he has mentioned another job but that cannot happen
and would not resolve his issues of inability to rtw and current condition.
She states that in her office, he paces and will not sit and discussed his
obsessive thoughts about his work issue and he does appear very intelligent but
due to lack of baseline, she cannot tell if he has insight into his psychiatric
state.
He does have family history of a brother with schizophrenia as well as another
family member with psych dx.
She also confirms he has been psychotic since the first time she saw him and has
had no change. She agrees to have her staff contact him to attempt to have him
come in so she can eval and try to "sell" him on the idea of an antipsychotic
again but she has no way to know for sure if he will do so. I did advise Doctor
that she may let him know we spoke.

I will attempt to obtain 010 from his pcp via email to him with form and
request.
Will then discuss IME with team and request this as needed.
DSR sent to mgmt with request for a copy of Job Description and MetLife form in
case he may need LTD.
FU PRN.

Disability Medical Notes for Kenneth Del Signore, 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
Printed: 02/27/19

USER-Christy Gliori DATE-09/18/18 TIME-09:20:11 CDT
Sent following via fax:
September 13, 2018

Kara Mulligan
1560 Wall St.
#304
Naperville, IL 60563

Dear Kara Mulligan:

Re: Patient Kenneth Del Signore
    DOB: 2/4/66
    First Day of Absence: 05/07/18

Kenneth Del Signore has applied for benefits under the Alcatel-Lucent USA Inc.
Short Term Disability Plan.  The Plan requires that to be eligible for payment
of benefits, an eligible employee must be: (1) totally disabled from work; (2)
receiving appropriate medical care; and (3) be medically certified by the
Disability Support Case Manager.

I have the responsibility to review Kenneth Del Signore's case and have
attempted to reach you at your office on 2 occasions to discuss your patient and
left messages. I have some serious concerns regarding your patient.

In order to determine medical certification status, I need additional medical
information.  Please send, either by fax or mail, the following documentation to
the below address:

* Diagnosis of the current disabling condition.
* Subjective complaints.
* Objective findings, including lab tests, x-ray, and/or diagnostic test.
* Results/reports and clinical notes.
* Correlation between findings, their severity, and the employee's total
disability.
* Treatment plan.
* Estimated return to work date.
* If applicable, any recommended work restrictions with estimated frequency and
duration.

I would like an opportunity to discuss his case with you. Please let me know if
this can be arranged and how I can schedule a few moments of your time to
discuss our patient and my concerns.

Your patient has previously authorized you to release this information and to
speak to me, by his signature on the original Healthcare Provider's Report.

Please submit the requested information no later than 9/21/18.  Failure to
provide it within the designated time frame may adversely affect your patient's
eligibility to receive benefit payments.

Sincerely,


Christy Gliori, R.N.
Disability Support Case Manager
600-700 MOUNTAIN AV
Room # 2B-410
NEW PROVIDENCE, NJ 07974-0636

NOKIA_000076

Tel: (630) 224-0004
Fax: (908) 582-0358

Also rcd following clarification from mgmt:
Hi Christy.  Ken was in the building at least 2 other days when I saw him in August.
I also had a team member comment to me that they saw Ken in the building a couple of days before he first met with me.
I'm sorry, I don't recall what days those were.
I would think that building Security would be able to provide you with his badge scans, however.  That would provide the most accurate information and documentation.
Dave Snyder
Phone:  331 204-3644

FU as needed with provider, pt, and team etc.

Disability Medical Notes for Kenneth Del Signore, 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
Printed: 02/27/19

USER-Christy Gliori DATE-09/14/18 TIME-09:26:56 CDT

# Redacted

Rcd TC also from Chris Kuntz in HR late 9/13/18 about a co-worker of this ee and that Ken was in the halls and pulled aside Serge Timons (2nd level mgmt) to tell him that if they lay off Bret B, they will " have a lawsuit on their hands".
Advised her of same that safety is notified and access denied and that I am working to get in touch with his provider etc. She confirms that she was working with Serge due to RIF upcomming on his team.
Email sent last night to Mgr to pls confirm if 9/4/18 was the only time ee was in the building during his STD that he is aware of.
It is noted that both Sonia and Tim are in other states. I did advise them of some pertinant issues only.
TC to Kara Mulligan's office again 630-416-8289 and speak to Sonia. Gave her my name and contact. Asked that she let Kara know that I need to discuss this pt due to concerning behaviours and it is fairly urgent.
She will let provider know.
I will continue to compose a letter to provider as well for fax today.

NOKIA_000077

Disability Medical Notes for Kenneth Del Signore, 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
Printed: 02/27/19

USER-Christy Gliori DATE-09/12/18 TIME-08:06:16 CDT
Have been rcving cc on email from pt to Tracy Coture regarding his legal and
ethics complaints. He has sent in new info to her and she is responding.
I will continue to FU to attempt to obtain the RTW assessments and new info from
his provider. If unable to reach provider via phone, I will send letter request
for all documentation and details.
May consider IME.

USER-Christy Gliori DATE-09/10/18 TIME-12:45:46 CDT
Rcd;
the lawyers are supposed to be in touch with me today.   I'm going to demand
that Nokia and LGS self report this matter to the FTC.  Myself and everyone else
who has been harmed can seek remediation through normal legal channels using the
FTC discovery.

I will watch for input regarding rtw only.
FU with provider and pt as needed.

USER-Christy Gliori DATE-09/07/18 TIME-10:41:27 CDT
Pt also cc'd his mgr however mgr emailed me to state he will not respond unless
instructed.

USER-Christy Gliori DATE-09/07/18 TIME-10:38:04 CDT
Rcd response yesterday that she was available end of the day or today 10AM to
12:15 ET. TC to her on 609-524-2049 9AM CT and leave VM with contact info and
pls call regarding case.
TC to company number and was put through however no answer and left VM of same.

TC again to original number and did not leave message after call was not
answered.
Just now, attempted again and this number states that mailbox is full.
I will continue to attempt for update.

Rcd from pt:
Hi,
   I am stating on the record that I feel I may be in physical jeopardy because
I've uncovered a large ($1B+) fraud in the telecom industry and my laptop has
been frozen so that I cannot communicate with people who could help me.   I am
requesting that you put me in touch with an HR representative as soon as
possible to discuss.   I need to talk to HR before going back to the doctor.

   I would like to submit a new ethics complaint, or update my existing one, based
on the information that has been uncovered since I wrote the original report.
My laptop no longer works and all of the information I need to write the new
complaint is on there.   I can probably get most of it down from memory but my
bookmark to the ethics site is on my laptop too.

thanks
Ken

USER-Christy Gliori DATE-09/06/18 TIME-10:11:57 CDT
Redacted

USER-Christy Gliori DATE-09/06/18 TIME-10:11:17 CDT
Rcd JD and PD and sent for file.
I will FU next wk to have LTD sent as needed in case he is unable to rtw.

USER-Christy Gliori DATE-09/06/18 TIME-10:06:11 CDT
TC to pt provider Kara Mulligan at 630-416-8289 and spoke to staff. Asked to
speak to provider and she is with a patient. Leave all my contact info and that
I need to speak to her regarding pt behavior that is currently concerning.
Will FU on this as well.

NOKIA_000078

Sent response to pt to pls start by having provider complete the rtw assessment and include the limitations he would like accommodated.

Disability Medical Notes for Kenneth Del Signore, 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
Printed: 02/27/19

USER-Christy Gliori DATE-09/06/18 TIME-09:23:29 CDT
TC with pt yesterday 9/5/18. Asked pt how he is doing and he states that they "cancelled his credentials today" so he can't log in. He states that he can now "get the a**holes" that are doing this to him. He states that "they" my still try to buy him out but he now has "them". When asked who he referred to as "they", he refers to his last email and the April fools joke. He states that that guy is behind everything and they got to me too.
He "thinks" the guys name is Chris but then he states that Christy told "you" to "tell him to stop sending emails". I asked if this was a different Christy and he states no, he meant "Sonya". I advised him I do not know a Sonya and that I knew he was sending email due to his own reports and HR HA who told me. I explained again that on STD, he should not be working in any capacity, sending emails, or showing up. He reports it will be "pretty easy to move forward now" because he has him. The joke came in 2016 from the guy at LGS and he thinks this was sent to "rib" him because when he worked for LGS 10 yrs ago, they used to send April fools jokes. He now "has him" and linked in will have his IP address so he can locate him and "get the a** hole". Asked if he feels this is all related and he states yes. He thinks that they are trying to keep him from pursuing his project so they can make billions.
Pt reports this is big and seems very happy at this time. He talks excitedly about his current status knowing what he knows.
He thinks they will buy him off so he will not become part of a class action law suit.
I advised I am calling for a personal email so I can send him STD paperwork rtw assessments and we discussed what these are etc. He gave kendelsignore@gmail.com
Sent RTW assessment forms this morning.
Pt also states that he feels his mgr and other "people" are behind all his issues.
Asked him to FU with his forms so we can discuss his rtw concerns etc.
Today rcd:
Hi Christy,
    thanks, I'll get these filled out.
    Can you forward my cell number 630 346 2993 to the HR contact from friday and ask her to give me a call to discuss my concerns about returning to work. My concern is that I am in possession of information regarding an attempted $1B+ fraud in the telecommunications industry and I have some work related safety concerns.
thanks
Ken

# Redacted

Disability Medical Notes for Kenneth Del Signore, 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
Printed: 02/27/19

USER-Christy Gliori DATE-09/05/18 TIME-15:15:00 CDT
Rcd from mgmt:
Thank you for the update Christy.
Ken Del Signore was in the building yesterday.  He can to see me to ask if I
would be willing to trade him to an MN team in exchange for another MN team
member that was interested in working with my team.
I told him:
"       That a trade is very unlikely
"       I have no ability to authorize such a trade
"       My Director would have to agree and approve any such trade
He said okay and left.
I really have no intent on following up on this, it does not sound feasible.

As I stated, your update helps me better understand the situation.
Thank you
Dave Snyder
Phone:  331 204-3644
HA is cc'd on this and I did advise I will let him know he should not be in the
building under STD as well.

USER-Christy Gliori DATE-09/05/18 TIME-13:03:53 CDT
Rcd confirmation that access will be turned off.
DSR sent. FU with pt as needed and per last entry.

USER-Christy Gliori DATE-09/05/18 TIME-10:59:30 CDT
Rcd from pt:
https:
//gopioneer.com/wp-content/uploads/2018/08/Complete-2018-Vol-3-of-4-Tele-Topics-
PDF.pdf

50K subscribers in a rural co-op; they awarded twenty college scholarships last
year.  It will cost them $1M  to do one time drive testing using speed test and
the data will be subject to endless hair splitting.  If Shannon were put on  1K
of their subs (2%) at $30/year, that would give them 24/7/365 data at $30K,  or
roughly 3 cents on the dollar  relative to their current costs.  $30/year is my
guess at total subscription cost (including Nokia profit) per installed app.

When I sent the email Friday morning that linked it to an april fools day joke
sent to me from an LGS recruiter in 2016 following my RIF, somebody, somewhere,
 had an anxiety attack and the Nokia lawyers got in touch in 3 quick hours
through my HR disability advocate to say  "tell him to stop sending emails to
everyone or he will lose his disability benefits".  So the LGS email hit a
nerve and the author that authorized that joke  made a second unforced error and
exposed him/her-self by panicking and pushing Christy to threaten me.  Later
the Nokia lawyers reached out and said they were on vacation next week and would
reach out the following week for a meeting.

I still think the most expedient thing to do is use the existing data to audit
the maps.  This procedure is mapping of large coverage holes on the large
carriers.  Just guessing, it would probably take a month on the first couple
audits, but would improve.  For the maps around a 50K subscriber market we could
probably do it twice/year for ~30K  or 3 cents on the dollar relative to their
speed test drive test cost.

We could also use PCMD with  ~200 meter precision using signal strength
triangulation, right?

Ken


I have to admit, this is a good april fools day joke:

Attached to this is a Linked in page screenshot that contains an LGS inquiry to pt for job interview purposes.
This shows no indication of any "joke".

# Redacted

TC to Holly A. with this request and she will follow up. I will send out new 010 and request for updated medical status for employee. Will include rtw assessments as well.

Disability Medical Notes for Kenneth Del Signore, 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
Printed: 02/27/19

USER-Christy Gliori DATE-08/31/18 TIME-11:07:37 CDT
Rcd email from HR confirming that the compliance case opened by this ee is now closed. HA in HR confirms that the ee continues to email investigators and other ee's regarding his issues even though he has been asked to stop.
Advised he should not be communicating with anyone while under STD and I will FU with him to confirm.

TC to pt 630 346 2993 and asked how he is doing. He immediately begins to discuss legal and work issues again. He also did confirm he saw provider and will drop off the form to her to have it completed and returned.
He states that his issues are "still not resolved" and continues to go into detail again about his uncovering of some issues.
Advised him again that these are seperate issues and that I need him to concentrate on his reasons for STD and that they cannot be related to his legal findings etc.
Asked if he has turned this over to a lawer and he reports that no one will touch it. He also states that his sister told him "not to pursue" other firms or to be the lead plaintiff in a class action suit.
Pt states that he has only one other option and he has sent a proposal "internally to directors" and is waiting to hear.
Advised him that I heard from HR and that he has been sending emails etc.
Advised that under STD, he should not be working in any capacity and should not be communicating with co-workers or others during this time. Pointed out that others will not understand that if he can do this, he should be working. Advised he states if he should open a new EP case since he has more complete info. Advised he may pursue this as he feels needed but do not know if this will help.
Pt also states that other employee's are "reaching out to" him and he is not initiating the contact.
Advised he not respond or send any further communication.
Discussed exp of benefits and term. He asks how WC works and if he can do this.
Discussed WC at length and he thinks he may report WC to mgmt as work related stress.
He also asks how much he can make salary under WC. Discussed exp of benefits regardless of WC and that they would make any determination of any compensation.
I will FU as needed.
Email to mgmt to pls send me a copy of JD and PD. I will send LTD to pt and discuss this as needed. Will also FU with him regarding any other issues related to health.
TC to HR and discussed case as well. Advised that pt may need to have internal access denied during STD if he continues not to comply with request not to communicate.
Possible NP IME.

Redacted

NOKIA_000081

Disability Medical Notes for Kenneth Del Signore, 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
Printed: 02/27/19

USER-Christy Gliori DATE-08/28/18 TIME-12:24:04 CDT
Rcd response:
Hi Christy,
    The lawyers reached out to me for a final meeting after (I think) I mentioned
to you that they were not responding.   In that meeting, they inadvertently gave
away the final detail (hopefully) and I need to discuss further with them.   But
in fact, I've just sent them the information blind copy.   I'm also documenting
this by CCing the email to many others within the company.   I may have to become
the lead plaintiff in a class action law suit.   This is related to those obscure
    $1/month charges you see on your phone bill and extends beyond NOKIA.
    So, apologies for requesting unneeded talk.   I will hopefully have update
soon.
Thanks
Ken

FU if nothing new rcd.

USER-Christy Gliori DATE-08/28/18 TIME-11:25:09 CDT
Rcd email from pt to mgmt on 8/23/18 that reports info on his legal and work
issues. Sent this for file.
Rcd:
Hi Christy,
    It turns out, the plot thickens, a lot.  Need to talk when you have time.
Thanks
Ken
630 346 2993

From: Del Signore, Kenneth (Nokia - US/Naperville)
Sent: Tuesday, August 21, 2018 3:26 PM
To: Gliori, Christy (Nokia - US) <christy.gliori@nokia.com>
Subject: another chat

Hi Christy,
    The lawyers got back to me after six weeks.   They have reversed what they
earlier told me, which I had already assumed, but it's nice to know.
    I've got an appointment set for Thursday with the N/P that I have seen before
If you have time, I would like to touch base regarding this upcoming visit.
Thanks
Ken
Sent following email response:
Hi Ken,
As I have said before, I cannot be involved in the work or legal issues that you
have spoken of since my focus at Nokia is health and Disability.
To consider a return to work, I need to have documentation from a provider
(hopefully Kara Mulligan) that would give a return to work date and include any
limitations like we have discussed in the past.
If we are to consider any limitations, they must contain a duration and medical
reason.
I will watch for any release information to come through as soon as you are able
to get this. Once I have this, I will follow up with our accommodations process
and contact you for any details etc.
Please let me know if you have any questions about this release or other medical
issues.
Look forward to working with you on a release plan.
Thank you so much and hope you are doing well,
Christy

USER-Christy Gliori DATE-08/14/18 TIME-11:13:20 CDT

# Redacted

Disability Medical Notes for Kenneth Del Signore, 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
Printed: 02/27/19

USER-Christy Gliori DATE-08/09/18 TIME-09:27:10 CDT

# Redacted

USER-Christy Gliori DATE-08/09/18 TIME-09:08:03 CDT
Last charting interrupted by phone.
Addendum:
Pt then advises that he has 2 Whistleblower cases that could cause the loss of a job.
1) He was involved in a case with Sprint in which his D Level asked him to lie to the customer. Also had knowledge of other lies. (He was laid off and on his 2 month period, he was offered a "demotion" that he did not accept. He had turned in lap top and eventually accepted the current position. When lap top was returned, he feels that his Outlook was tampered with by having the hard drive removed. He now thinks that he can obtain evidence of this by sending hard drive to a crime lab)
2) The current situation.

He reports that his lawyer sister, had originally advised him to obtain legal counsel in the beginning but he did not. He reports his current job cannot be done from home but he does not feel capable or comfortable being in the same building as the people who might be fired.
We discussed limitations/restrictions and that I can only address this concern if his provider/s feel it is medically needed. Advised him of this process and he will speak to his provider. He then mentions that "the company may be willing to give a small sum" for him to get out the door. He would be willing to entertain a 1 yr salary and he may then file suit.
Advised him as always that I only handle medical STD needs and am not involved in the legal aspect but I did alert him that I reached out to my legal rep to see if she had any info on the person he had been working with, due to his email to me regarding contact.
I will FU once I have any documentation with any accommodation needs for rtw and will discuss this as needed.

USER-Christy Gliori DATE-08/09/18 TIME-09:01:11 CDT
TC to pt and discussed situation again. Pt does not separate his med/mental health issues from that of his legal position. He tells me that he believes he is not hearing back from legal for several reasons. One being that he cannot be prevented from filing a claim even if he is given settlement to "go away". Pt states that he came up with a number since he knew a lawyer would ask for a large amount. He asked for half this. They did not answer and said he must now work with another woman lawyer from a 3rd party company. He began to work with her but she had "no idea of any of the details" of his situation so he explained and gave her a range of settlements. Instead of giving that range to the department, she went with the highest number he gave and that was 3 wks ago. After one week, he had asked for update and has not heard back.
He states that now he must do "plan B" and return to work. Before he discusses this, he advises that he had

Disability Medical Notes for Kenneth Del Signore, 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
Printed: 02/27/19

USER-Christy Gliori DATE-08/06/18 TIME-15:53:53 CDT
Rcd from pt:
Hi Christy,
    The company lawyers that I was working with have stopped responding to me.
We had agreed to a termination agreement.  The last meeting we had was July 20th
where they told me they had to take this to another high level lawyer in the
company.  They have not responded to a subsequent status request on Jul 30th, so
I'm thinking they may have changed their minds on the termination agreement.

    So this means that I am going to have to return to work.    I am also going to
be filing a federal whistleblower retaliation lawsuit.

    If you have time, I'd like to discuss several concerns I have about returning
to work.
Thanks
Ken
630 346 2993

# Redacted

Email to pt that I will contact him tomorrow. Redacted
Redacted

USER-Christy Gliori DATE-08/02/18 TIME-12:06:05 CDT
TC to Ken on 630-346-2993 and leave VM with contact info on generic system and
pls call to discuss updated recovery and rtw information. Advised I have medical
that only supported through next week and we need a rtw date or new
documentation etc.
Pls call ASAP. I will FU if no response.

USER-Christy Gliori DATE-07/27/18 TIME-14:17:47 CDT
TC to Ken on 630-346-2993 and leave VM with contact info on generic system and
pls call with an update on your status and recovery. FU if no contact or
response.

USER-Christy Gliori DATE-07/17/18 TIME-10:27:36 CDT
Update given to Katy K in HR per request. Advised no rtw release yet.
FU as needed for any update.

USER-Christy Gliori DATE-07/13/18 TIME-12:57:24 CDT
Rcd email to pls call to talk. TC to him and he mostly discussed his legal case
again. He states that he is doing "way better" and feels like "a 20 lb wt has
been lifted off his shoulders".
Pt states that he thinks co-worker Breat B could also file suite but is out on
STD now for other reasons and does not think he will but he goes on to again
explain his feelings surrounding work issues. He shares that he will be meeting
with HR legal on Monday to begin discussing a possible negotiation of his exit
from the company. He is very happy with this and hopeful. He states that it is
complex and he states he will be changing his career due to this. He plans to
take a year of classes to become a highschool teacher. He has PhD in Physics and
that he feels due to this change, that this will also be part of his negotiation
since he "knows what he could get" from a law suit and there are "plenty of
ambulance chasers" that would take his case. He also "figured out" how his
project could have been "killed" in the way it was since 4 yrs ago, bell labs
had already done it and they did not more forward but he was never "just told"
that it was "cancelled". If that was the case, he feels he would not be in this
position. He continues to call it a "whistle blower" case.
Pt did not allow me to discuss his medical, by constantly referring back to his
case but I was able to ask him about rtw. He states that if the negotiation does
not work, he would have to rtw and request working from home.
FU as needed.

Disability Medical Notes for Kenneth Del Signore, 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
Printed: 02/27/19

USER-Christy Gliori DATE-07/12/18 TIME-14:26:24 CDT
Email to pt to request an udpate on date of NOV and status. Asked if he is
progressing and doing better. Per last documentation, pt should be able to rtw
at NOV and if not, he must begin to see providers more frequently.

USER-Christy Gliori DATE-07/10/18 TIME-10:40:43 CDT
TC to Ken on 630-346-2993 and leave VM with contact info on generic system and
advised him of payroll issue that he might be affected. Advised if he is, he
will see an overpayment this check which will be taken back on 7/31/18 pay.
Also asked that he pls call with a status update on his progress in recovery
toward release. Advised him again of what is needed for a release to rtw w or
w/o restriction.
FU if no response.

USER-Christy Gliori DATE-07/09/18 TIME-11:05:20 CDT
Also rcd from pt:
Hi Christy,
   Did you get the second form, the STD claimants statement?
   I think that I figured out the underlying cause of the situation I am in.    It
feels like a 20lb weight has been lifted off of my head that has been there
since Jan.    It is a somewhat complex problem and Nokia may be exposed to large
fines if I proceed with a whistleblower retaliation law suit.   So if I return
to work, the whistleblower suit will introduce new constraints.   I'm thinking
that I would need to work from home so as not to have interactions with people
related to the retaliation law suit.   For instance, the people who did the
retaliating are in the same campus and I would see them in the hallways.
   I'm working this issue with the HR ombudsman, and just wanted to bring you up
to date.   We can talk by phone if you want further detail.
Thanks
Ken
630 346 2993

Rcd from mgmt:
Hi Christy, Ken copied me on an email with respect to him returning to work.
I see that he is trying to impose some conditions on his return and I have some
concerns.

Ken was working on an unauthorized side project for the Mobile Networks (MN)
Business Line, and he was not getting his work done for my team under the Nokia
Software (NSW) Business Line.

I am concerned that he is asking for permission to work from home.  Our team
does a lot of virtual work, so on one hand that sounds fine.
But all of my other team members come in and collaborate together almost every
day.  Most of them are in every day.
Before Ken went on disability, he was "working" from home a lot, and I did not
see the work getting done.
When he did come in is was around 11:00 or 12:00 and sometimes he would leave
before me at 5:00 PM

I really think he needs to be in the office during standard working hours so he
can properly focus and collaborate with his team members.
I do not see how he should be concerned about running into other people that
were associated with his other project.  MN is not in our Aisle, and they may
not even be on our floor, and his work has nothing to do with MN.  It seems to
me that Ken is trying to manipulate us a bit.

I would be more than happy to discuss this with you, but I saw that you were
marked Do Not Disturb on IM, so I am writing this email to share my concerns
before any promises are made to Ken.

Thank you for your help and consideration in this matter.

NOKIA_000085

Dave Snyder

Will discuss all as needed. Advised pt that all documentation is rcd.

Disability Medical Notes for Kenneth Del Signore, 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
Printed: 02/27/19

USER-Christy Gliori DATE-07/09/18 TIME-10:48:08 CDT
Clmt statement rcd:
Stress injury due to retaliation.
This information is documented in ethics complaint
I was realtiated against in two seperate whistle blower incidents causing great distress.
I am planning to resumte work while legal action is pending. I will need to work from home.
When? Depends on remediation.

Will FU with pt as needed.

USER-Christy Gliori DATE-07/05/18 TIME-11:48:24 CDT
Rcd:
Hi Christy,
    I heard back from the corporate lawyers.   This was not the response I was hoping for.  I am likely going to engage a third party law firm and file two federal lawsuits.
    For my disability, I am hoping to return to work soon,  however the lawsuits may complicate matters.   I should have a better understanding of the situation after this week.
Thanks
Ken

FU PRN.

USER-Christy Gliori DATE-07/05/18 TIME-11:26:29 CDT

010 Rcd:
Adjustment D/O with mixed features.
Anxiety, Depression, Recuring thoughts, ...
Maintains control: 3
Concentrates: 3
Interacts sufficiently: 3
Others 0 and 2.
Duration of limitations: ongoing
NOV 1 month
Zoloft 50mg, Xanex
Expected rtw: unknown
Signed by K Mulligan Pt-O

Sent email update to pt that this is rcd and to consider rtw, I will need a release w or w/o restrictions.
Asked if he would like to discuss via phone today.
FU PRN.

USER-Christy Gliori DATE-06/27/18 TIME-10:32:56 CDT
Rcd:
Hi Cristy,
    Missed you call.  I received the paperwork in the mail the same day we talked last week.  I have a second appointment scheduled for tomorrow with the N/P that I saw.  I will have the paperwork completed and will send it back.
Ken

Advised him I will watch for documentation and FU.
Documentation must cover from FDA.

Disability Medical Notes for Kenneth Del Signore, 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
Printed: 02/27/19

USER-Christy Gliori DATE-06/20/18 TIME-12:33:20 CDT
Also rcd:
Hi Christy,
   I am waiting for the HR lawyer to get back to me regarding two ethics
complaints I lodged.   I'm hoping be able to come back to work soon when I get
their results.
   I'm at 630 346 2993.   I never saw any forms in the mail, but I did go for a
clinical appointment as discussed.
thanks
Ken

Sent:
Hi Ken,
Here is what I sent out in the mail.
I do need the Healthcare Provider form completed by your doctor and also the
Claimant statement from you.
You really should not return to work until you are released from a doctor. I
don't want that to hinge on the outcome of Ethics complaints.
I'll give you a call soon so we can talk more.
Take care,
Christy
Sent the above prior to last conversation with pt and initial package was
attached.

USER-Christy Gliori DATE-06/20/18 TIME-10:10:38 CDT

Redacted

TC to pt on 630-346-2993 and he reports that he did see a provider who is an NP
a few weeks ago. He reports that it took time to find someone but he did finally
get in and will stick with her. He then reports that the "deal" with his absence
is that he submitted an EP complaint and spoke to his sister who is a corp
lawyer. She told him to get outside counsel and that it may be a "severe"
complaint. He spoke also to the EP legal who told him they would work on this
and get back to him. 2 weeks ago, she called to say they are still working on
this. He states he would like to continue his project here but if this is not
possible, then he will leave the company.
I again discussed what STD is about and that he cannot use STD for waiting on EP
decisions. Asked if he was treated by the NP and if she did take him out of
work. He states yes. Advised that to be eligible for STD, he must be taken out
by provider and supported with care for medical or MH needs. He said she will do
this. He did rcv my email of 010 yesterday after he emailed to say it was not
rcvd. He will take this in ASAP and have it returned. Asked if she recommended
therapy or any other  treatment and he states no.
Advised I will wait on this and call if not rcd in one week. Likely this may be
a non cert situation.
Redacted

USER-Christy Gliori DATE-06/19/18 TIME-10:49:32 CDT
TC to pt on 630-346-2993 and leave VM with contact info on generic system and
pls call to discuss details of your absence. Advised nothing is rcd and I do
need information to continue cert of absence. FU for one more contact attempt
and possible non cert.

USER-Christy Gliori DATE-06/18/18 TIME-10:48:43 CDT
Rcd:
.  I'm at 630 346 2993 whenever you can talk.
Thanks
Ken

Redacted

Disability Medical Notes for Kenneth Del Signore, 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
Printed: 02/27/19

USER-Angie Nail DATE-06/13/18 TIME-13:26:16 CDT

# Redacted

USER-Christy Gliori DATE-06/12/18 TIME-10:59:15 CDT
FU with pt mgmt as needed also.

USER-Christy Gliori DATE-06/12/18 TIME-10:55:17 CDT
TC to pt on 630-346-2993 and  leave VM with contact info on personal system and
pls call to discuss absence and paperwork. Advised his absence finally went in
very late so he may see some issue with this. Also will need to discuss tx etc.
If I do not answer, pls leave a good time to reach you. Need to discuss
documentation needs as well and confirm any WC needs.

USER-Christy Gliori DATE-06/08/18 TIME-09:27:58 CDT
I was unaware pt was out this whole time since at one point, he did send email
that his issues were being taken care of and did not need assist anylonger.
It appears now, he has been out the entire time and will need to confirm support
of STD and any need for WC.
Letter and package sent. FU per last entry as well regarding pay and STD
details.

USER-Christy Gliori DATE-06/08/18 TIME-09:25:28 CDT
USER-Christy Gliori DATE-05/22/18 TIME-09:19:47 CDT
Rcd from pt:
Hi Christy,
 I have an initial consultation scheduled for next Thursday, May 24th.   I found
the practice through a doctor's office listed on the HR benefits web site.  His
nurse re-directed me to an associated facility that is set up with nurse
practitioners and physiatrists.  The only contact info I got was:  Carra
Mulligan, 1560 Wall st.  suite 304  Naperville Il 60563

Sent response to remind him that he will need his time our supported and that I
was not aware he was out of work this whole time. Advised he follow original
email instruction for mgmt to enter his absence ASAP due to pay and other issues
this will cause being late reported.

USER-Christy Gliori DATE-06/08/18 TIME-09:25:02 CDT
USER-Christy Gliori DATE-05/17/18 TIME-09:07:34 CDT
Rcd a long email from ee with chronology and strategy on his business issues. He
asks to then go over this and speak to me. Sent response to him that this is
outside my scope and what I can talk with him about in relation to his health.
Also advised him to FU with mgmt and possibly Ethics Point as needed.

Disability Medical Notes for Kenneth Del Signore, 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
Printed: 02/27/19

USER-Christy Gliori DATE-06/08/18 TIME-09:24:29 CDT
Rcd from ee:
Hi Christy,
    I need to go on STB.  I was given your email by HR with regard to this.   I am
at 630 346 2993.
Thanks
Ken

TC to him and leave VM with contact info and pls call as needed or email again.

USER-Christy Gliori DATE-05/15/18 TIME-09:33:27 CDT
Following is from conversation with pt prior but I did not have his last name:
USER-Christy Gliori DATE-05/09/18 TIME-11:08:02 CDT
TC from pt on 630-346-2993 and discussed absence. He reports that he is out d/t
"work related stress". Pt states he was doing his regular job but to advance, he
started working on a specific project that his team agreed upon. He calls this
an "invention" where they work on proposals outside of his own job. He states
that he worked on his own time on this extensively and "heavily". The proposal
was submitted to the AI conference in Finland and out of thousands of entries,
his was one of only 7 chosen.

All wanted him to pursue this and he advanced in this more and more until, for
no given reason, "the project was yanked". He has no idea why. He reports that
he is unsure if this was a "block of advancement, or retaliation". He also
mentions that it may be a "constructive reduction". He had not been looking for
a different job since this may have turned into a rotational position and now
that it was pulled, he feels unable to return since there are a lot of
uncomfortable people to be around. He described the invention to me and seemed
proud of this. Pt then states that he has symptoms of depression and felt he's
"gotta bail out".

Asked if he has seen a doctor and he states no. He asked about what to do for WC
ect. We discussed WC and STD. Discussed paperwork and that to be out, he will
need to be under the care of psychiatrist and therapist but he may start with
his pcp if he will see him under possible WC. Also discussed IL WC and
investigation. Discussed difference between just STD case and WC.
He agrees to get an appt ASAP and will call me with this. Discussed paperwork
also and if no more info, I will FU with him next wk for an update. Pt agrees.
Will discuss this case with JAS and possible HR C as needed also.

I did discuss case with JAS.
Rcd following from pt today:
Hi Christy,
    I'm looking at physiatrists that take my health insurance.  There are not many
near me, but I do see people listed as  psychiatric nurse practitioners.   Do
you know if the practitioners are acceptable for the appointment we discussed?
Thanks
Ken

Advised him yes, this is fine.
FU as needed.

USER-Christy Gliori DATE-06/08/18 TIME-09:22:40 CDT
See pt visit notes for Hx. Mgmt entered very late so this will be overpayment
situation. I will FU with pt for full current details and to discuss paperwork
and overpay.

NOKIA_000089

```
         Disability Medical Notes for Kenneth Del Signore, 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
                             Printed: 02/27/19

USER-HealthWeb DATE-06/08/18 TIME-08:59:28 CDT
Created via online absence notification.  The following information was entered
into the online form:
First Day Abs............: 5/7/2018
Comments.................: Kenneth has told me that he is going on disability
Employee UPI.............: PA0014982
Employee Name............: DEL SIGNORE Kenneth
Employee Email...........: kenneth.del_signore@nokia.com
Employee Reach Phone.....: 6303462993
Employee Reach Address 1.:
Employee Reach Address 2.:
Employee Reach City......:
Employee Reach State.....:
Employee Reach Zip.......:
Employee Nokia ID........: 69049698
Supervisor UPI...........: PA0015108
Supervisor Name..........: SNYDER Dave
Supervisor Email.........: dave.snyder@nokia.com
Supervisor Phone.........: +16302242972
Supervisor Nokia ID......: 69049755
Designee UPI.............: PA0015108
Designee Name............: SNYDER Dave
Designee Email...........: dave.snyder@nokia.com
Designee Nokia ID........: 69049755
Disability Updates.......: Both
```

```
                     Murray Hill Medical Department
                            PATIENT SUMMARY
                            ----------------
                              02/27/2019

     NAME: Del Signore, Kenneth W      SSN: 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
     AGE: 53                        JOB TITLE: R&D Lab Specialist 4
```

---

```
     IMMUNIZATIONS
     --------------
     DATE GIVEN   TYPE                        DOSE        COMMENTS
     10/31/2007   Influenza                   0.5         No
     11/02/2006   Influenza                   0.5         No
     11/01/2005   Influenza                   .5ml        Yes
```

```
     DISABILITIES
     ------------
     FIRST DAY   PROBLEM                           RTW          TDO   COMMENTS
     05/07/2018  ANXIETY STATE, UNSPECIFIE         11/12/2018   189   Yes
     11/03/2003  OTHER UNKNOWN AND UNSPECI         11/07/2003    4    Yes
```

```
     PATIENT VISIT REPORT
     --------------------
     NAME: Del Signore, Kenneth W            SSN: 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
     VISIT DATE: 02/25/2019      VISIT CATEGORY: Correspondence Review
     NOTES:
     USER-Christy Gliori DATE-02/25/19 TIME-15:27:38 T
```

# Redacted

```
     : cgg
```

```
     NAME: Del Signore, Kenneth W            SSN: 499780030
     VISIT DATE: 07/10/2018      VISIT CATEGORY: Administration Note
     NOTES:
     USER-Christy Gliori DATE-07/10/18 TIME-10:45:09 CDT
     USER-Christy Gliori DATE-07/10/18 TIME-10:40:43 CDT
     TC to Ken on 630-346-2993 and leave VM with contact info on
     generic system and advised him of payroll issue that he might
     be affected. Advised if he is, he will see an overpayment this
     check which will be taken back on 7/31/18 pay.
     Also asked that he pls call with a status update on his
     progress in recovery toward release. Advised him again of what
     is needed for a release to rtw w or w/o restriction.
     FU if no response.
```

Nokia PROPRIETARY - Use Pursuant to Company Instructions

: cgg

NAME: Del Signore, Kenneth W                    SSN: 499780030
VISIT DATE: 05/22/2018      VISIT CATEGORY: Correspondence Review
NOTES:
USER-Christy Gliori DATE-05/22/18 TIME-09:19:47 CDT
Rcd from pt:
Hi Christy,
 I have an initial consultation scheduled for next Thursday,
May 24th.   I found the practice through a doctor's office
listed on the HR benefits web site.  His nurse re-directed me
to an associated facility that is set up with nurse
practitioners and physiatrists.  The only contact info I got
was: Carra Mulligan, 1560 Wall st.  suite 304  Naperville Il
60563

Sent response to remind him that he will need his time our
supported and that I was not aware he was out of work this
whole time. Advised he follow original email instruction for
mgmt to enter his absence ASAP due to pay and other issues
this will cause being late reported.


: cgg

NAME: Del Signore, Kenneth W                    SSN: 499780030
VISIT DATE: 05/17/2018      VISIT CATEGORY: Correspondence Review
NOTES:
USER-Christy Gliori DATE-05/17/18 TIME-09:07:34 CDT
Rcd a long email from ee with chronology and strategy on his
business issues. He asks to then go over this and speak to me.
Sent response to him that this is outside my scope and what I
can talk with him about in relation to his health.
Also advised him to FU with mgmt and possibly Ethics Point as
needed.


: cgg

NAME: Del Signore, Kenneth W                    SSN: 499780030
VISIT DATE: 05/08/2018      VISIT CATEGORY: Correspondence Review
NOTES:
USER-Christy Gliori DATE-05/08/18 TIME-14:00:58 CDT
Rcd from ee:
Hi Christy,
  I need to go on STB.  I was given your email by HR with
regard to this.   I am at 630 346 2993.
Thanks
Ken


Nokia PROPRIETARY - Use Pursuant to Company Instructions

TC to him and leave VM with contact info and pls call as
needed or email again.

USER-Christy Gliori DATE-05/15/18 TIME-09:33:27 CDT
Following is from conversation with pt prior but I did not
have his last name:
USER-Christy Gliori DATE-05/09/18 TIME-11:08:02 CDT
TC from pt on 630-346-2993 and discussed absence. He reports
that he is out d/t "work related stress". Pt states he was
doing his regular job but to advance, he started working on a
specific project that his team agreed upon. He calls this an
"invention" where they work on proposals outside of his own
job. He states that he worked on his own time on this
extensively and "heavily". The proposal was submitted to the
AI conference in Finland and out of thousands of entries, his
was one of only 7 chosen.

All wanted him to pursue this and he advanced in this more and
more until, for no given reason, "the project was yanked". He
has no idea why. He reports that he is unsure if this was a
"block of advancement, or retaliation". He also mentions that
it may be a "constructive reduction". He had not been looking
for a different job since this may have turned into a
rotational position and now that it was pulled, he feels
unable to return since there are a lot of uncomfortable people
to be around. He described the invention to me and seemed
proud of this. Pt then states that he has symptoms of
depression and felt he's "gotta bail out".

Asked if he has seen a doctor and he states no. He asked about
what to do for WC ect. We discussed WC and STD. Discussed
paperwork and that to be out, he will need to be under the
care of psychiatrist and therapist but he may start with his
pcp if he will see him under possible WC. Also discussed IL WC
and investigation. Discussed difference between just STD case
and WC.
He agrees to get an appt ASAP and will call me with this.
Discussed paperwork also and if no more info, I will FU with
him next wk for an update. Pt agrees.
Will discuss this case with JAS and possible HR C as needed
also.

I did discuss case with JAS.
Rcd following from pt today:
Hi Christy,
  I'm looking at physiatrists that take my health insurance.
There are not many near me, but I do see people listed as
psychiatric nurse practitioners.   Do you know if the
practitioners are acceptable for the appointment we discussed?

Thanks
Ken


Nokia PROPRIETARY - Use Pursuant to Company Instructions

NOKIA_000093

Advised him yes, this is fine.
FU as needed.

: cgg

NAME: Del Signore, Kenneth W                    SSN: 499780030
VISIT DATE: 10/31/2007      VISIT CATEGORY: Influenza Immunization
NOTES:


: System


NAME: Del Signore, Kenneth W                    SSN: 499780030
VISIT DATE: 11/02/2006      VISIT CATEGORY: Influenza Immunization
NOTES:


: System


NAME: Del Signore, Kenneth W                    SSN: 499780030
VISIT DATE: 08/06/1999      VISIT CATEGORY: Preplacement Questionaire
NOTES:
USER-Marilyn M. Mason  DATE-08/06/99  TIME-16:24:08
S:   To work as MTS
O:   Health questionnaire reviewed. Abnormals were:  Color
blind - red-green deficiency.  Hx of "heart palpitations" -
had cardiac work up  per candidate ??PVC's - no rx.  States
occurs on occasion.  Hx of damaged cartilege in R knee w
arthroscopy in 1986.  States still gets "fluid at times around
knee".  Uses Ibuprofen prn about 4x/yr for problems.  Hx of R
shoulder rotator cuff injury.  Environmental allergies and
uses OTC antihistamine prn.  Flu sx about 1 mo ago rx w OTC
meds.
Denies any other medical  hx.  No evidence of neck, wrist,
hand or other current medical problems. ROM good w/o pain.
Ergonomic and exercise review and demonstration done.
Drug Screen done.
A:   Color blind.
P:   Able to work w/o WR pending results of drug screen.

USER-Tana K. Hambly  DATE-08/10/99  TIME-13:43:19
addendum: drug screen neg
information fx'd to ec


Nokia PROPRIETARY - Use Pursuant to Company Instructions


NOKIA_000094

DIAGNOSIS: COLOR VISION DEFICIENCIES_368.5

: tkh

Nokia PROPRIETARY - Use Pursuant to Company Instructions